BERRY HURST AND WIFE *v.* J. F. STONE, ETC.

**Husband and Wife—Mortgage by Husband and Wife.**

Land being general estate, the wife has no power, in conjunction with her husband, to bind it by mortgage to secure a debt of her husband.

APPEAL FROM TODD CIRCUIT COURT.

December 20, 1872.

OPINION BY JUDGE LINDSAY:

Mrs. Hurst did not hold the lot mortgaged to appellees as separate estate, although the title was conveyed to a trustee. It being general estate, she had the power in conjunction with her husband to bind it by mortgage, to secure the payment of the husband's debt. *Sharp's Adm'r v. Proctor's Adm'r and Heirs*, 5 Bush 396.

The court below did not err in enforcing the mortgage, and the judgment must be *affirmed*.

*Lowry, for appellants.*

*Terry & Perkins, for appellees.*